THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES KOBRYN, Appellant.

Argued April 21, 1943; decided June 18, 1943.

*Milo I. Tomanovich* for appellant.

*Daniel J. O'Mara, District Attorney* (*Stephen K. Pollard* of counsel), for respondent.

Judgments modified by reversing so much thereof as convict defendant on the second count of the indictment, and said second count dismissed; otherwise judgments affirmed. The record fails to disclose evidence sufficient in law to justify a finding of defendant's guilt of a violation of section 408 of the Penal Law. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.